■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNELL WALKER, Appellant. [737 NYS2d 610] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered May 6, 1999, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fourth degrees and criminally using drug paraphernalia in the second degree, and sentencing him, as a second felony offender, to an aggregate term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The area from which the drugs were seized, in defendant's apartment, in defendant's bed, under defendant's comforter, was clearly within defendant's dominion and control (*see*, *People v Manini*, 79 NY2d 561, 572-573 [1992]; *People v Tirado*, 38 NY2d 955, *affg* 47 AD2d 193; *People v Diaz*, 220 AD2d 260). Even assuming that the woman who was present was also a possessor of the drugs, "[p]ossession if joint is no less possession" (*People v Tirado*, *supra* at 956; *see also*, *People v Diaz*, *supra* at 261; *People v Singleton*, 174 AD2d 354, *lv denied* 78 NY2d 974). Concur— Andrias, J.P., Saxe, Sullivan, Rosenberger and Friedman, JJ.